473 A.2d 661

In re Adoption of Eubank, Jr.

Appeal of Eleanor Eubank, Lackawanna County Children and Youth Services.

Submitted November 18, 1983. Paul Sotak, Assistant Public Defender, for appellant; Sylvia Hope Hahn, for appellees.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.

473 A.2d 662

In re Estate of Kowalewski, Deceased.

Appeal of Joseph F. Battle, Esquire, Administrator of the Estate of Stanley F. Kowalewski, Deceased.

Argued December 7, 1983. Edward J. Zetusky, Jr. for appellant; Robert M. Diorio, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.